IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARMSTRONG WORLD INDUSTRIES, INC.,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **LIBERTY MUTUAL INSURANCE COMPANY,** : <br> : <br> **Defendant and Third Party Plaintiff** : <br> : | **Case No. 02-CV-4360** |

## ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of the Motion of Defendant and Third Party Plaintiff, for *Pro Hac Vice* Admission of Gregg D. Shapiro, Esquire and any response thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARMSTRONG WORLD INDUSTRIES, INC.,**   :<br>  :<br>Plaintiff,   :<br>  :<br>v.   :<br>  :<br>**LIBERTY MUTUAL INSURANCE COMPANY,**   :<br>  :<br>Defendant and Third Party Plaintiff   :<br>  : | Case No. 02-CV-4360 |

**MOTION OF DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY
FOR *PRO HAC VICE* ADMISSION OF GREGG D. SHAPIRO, ESQUIRE
UNDER LOCAL RULE 83.5.2(b)**

Defendant Liberty Mutual Insurance Company, by and through its attorneys, Akin, Gump, Strauss, Hauer & Feld, L.L.P., hereby moves for the admission of Gregg D. Shapiro, Esquire, *Pro Hac Vice*, and in support of its motion states as follows:

1. Defendant Liberty Mutual Insurance Company, desires that Gregg D. Shapiro, Esquire, of Choate, Hall & Stewart represent it as co-counsel, along with members of Akin, Gump, Strauss, Hauer & Feld, L.L.P.'s Philadelphia office.

2. Gregg D. Shapiro, Esquire has an on-going relationship with Liberty Mutual Insurance Company and has previously represented Liberty Mutual Insurance Company concerning insurance coverage matters relating to the present case. See Verified Application of Gregg D. Shapiro attached hereto as Exhibit "A".

3. Gregg D. Shapiro, Esquire, is duly licensed to practice law in the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts, among other jurisdictions. For the Commonwealth of Massachusetts his Board of Bar Overseers number is

642069.  Mr. Shapiro is a member in good standing of the Bar of the Commonwealth of Massachusetts and is not under suspension or disbarment by any Court.

  4. Edward F. Mannino, Esquire of Akin, Gump, Strauss, Hauer & Feld, L.L.P.'s Philadelphia office will act as co-counsel with Mr. Shapiro should this Motion for *Pro Hac Vice* Admission be granted.  Mr. Mannino is a member in good standing of the bars of the Supreme Court of Pennsylvania and this Court.

  **WHEREFORE**, Defendant Liberty Mutual Insurance Company, respectfully requests that this Court grant its Motion for the *Pro Hac Vice* Admission of Gregg D. Shapiro, Esquire.

           Respectfully submitted,

Of Counsel:

           _____
           Edward F. Mannino, I.D. No. 04504
           Jason A. Snyderman, I.D. No. 80234
           One Commerce Square
           2005 Market Street, Suite 2200
           Philadelphia, PA  19103
           Telephone:  (215) 965-1229
           Facsimile:   (215) 965-1210

           Gregg D. Shapiro, Esquire
           Choate, Hall & Stewart
           53 State Street
           Boston, MA  02109
           Telephone:
           Facsimile:

           Attorneys for Defendants
           Liberty Mutual Insurance Company

Dated:  July 19, 2002

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2002, I caused a true and correct copy of Motion of Defendant Liberty Mutual Insurance Company for *Pro Hac Vice* Admission of Gregg D. Shapiro, Esquire Under Local Rule 83.5.2.(b) has been sent to the following:

**Via Hand Delivery**

Howard M. Klein, Esquire
Conrad, O'Brien, Gellman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA  19102

**First Class U.S. Mail**

William Skinner, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401

_____
Jason A. Snyderman