IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC., | : |
| Plaintiff, | :     Civil Action No. 02 CV 4360 |
| v. | : |
| LIBERTY MUTUAL INSURANCE COMPANY, | : |
| Defendant. | : |

**ORDER**

AND NOW, this        day of              2002, upon consideration of the Motion of Plaintiff

Armstrong World Industries, Inc. for the Admission Pro Hac Vice,  it is hereby ORDERED and

DECREED that William P. Skinner and S. William Livingston, Jr. of Covington & Burling are

admitted pro hac vice under United States District Court for the Eastern District of Pennsylvania

Local Rule 83.5.2(b) for Plaintiff in the above-captioned action, and shall be permitted to

participate in all phases of the litigation.  Howard M. Klein and Frank R. Emmerich Jr. of

Conrad O'Brien Gellman & Rohn, P.C.  shall serve as associate counsel upon whom all

pleadings, motions and other papers can be served in accordance with the Federal Rules of Civil

Procedure and the rules of this Court.

BY THE COURT:

_____
U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 02 CV 4360 |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## **MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Armstrong World Industries, Inc., by and through its counsel Conrad O'Brien Gellman & Rohn, P.C., 1515 Market Street, 16th Floor, Philadelphia, PA 19102, hereby moves this Court to admit pro hac vice  William P. Skinner, Esquire, and S. William Livingston, Jr., Esquire, of Covington & Burling, 1201 Pennsylvania Avenue, N.W., Washington, D.C., as co-counsel for Plaintiff in the above captioned action, and in support thereof aver the following:

1.      Howard M. Klein, Esquire, and Frank R. Emmerich Jr., Esquire, of the law firm of Conrad O'Brien Gellman & Rohn, P.C., are members in good standing of the Bar of the Commonwealth of Pennsylvania and have been serving as local counsel for Plaintiff in the above-captioned action.

2.      William P. Skinner and S. William Livingston, Jr. are members in good standing and admitted to practice in both the state and federal courts of the District of Columbia.

3.      William P. Skinner and S. William Livingston, Jr. are not the subjects of pending disciplinary proceedings in any jurisdiction.

4.    William P. Skinner and S. William Livingston, Jr. have represented Plaintiff in other proceedings.

5.    Plaintiff specifically requests that William P. Skinner and S. William Livingston, Jr. participate as counsel in this matter.

6.    Plaintiff further wishes that Conrad O'Brien Gellman & Rohn, P.C., continue to serve as associate counsel as required under the local rules.

WHEREFORE, it is respectfully requested that this Court enter an Order admitting William P. Skinner and S. William Livingston, Jr. pro hac vice on behalf of Plaintiff Armstrong World Industries, Inc.

Respectfully submitted,

_____

Howard M. Klein, Esquire
Frank R. Emmerich Jr., Esquire
Conrad O'Brien Gellman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA  19102
(215) 864-9600

Attorneys for Plaintiff Armstrong
World Industries, Inc.

2

## CERTIFICATE OF SERVICE

I, Frank R. Emmerich Jr., Esquire, do hereby certify that service of a true and correct copy of the foregoing Motion was sent in the manner indicated to the following:

### VIA HAND DELIVERY

> Edward F. Mannino, Esquire
> Jason A. Snyderman, Esquire
> Akin, Gump, Strauss, Hauer & Feld, L.L.P.
> One Commerce Square, Suite 2200
> 2005 Market Street
> Philadelphia, PA 19103-7086

### VIA OVERNIGHT DELIVERY & TELECOPY

> A. Hugh Scott, Esquire
> John A. Nadas, Esquire
> Choate, Hall & Stewart
> 53 State Street
> Boston, MA 02109

> _____
> Frank R. Emmerich Jr.

Date:   July 24, 2002