IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARMSTRONG WORLD INDUSTRIES, INC. :
: CIVIL ACTION
v. :
: NO. 02-CV-4360
LIBERTY MUTUAL INSURANCE COMPANY :

**ORDER**

AND NOW, this 24th day of March, 2004, it is ORDERED that the Motion for Leave to File a First Amended Complaint Filed by Plaintiff Armstrong World Industries, Inc. (Doc. No. 24) is GRANTED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge