UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>LIBERTY MUTUAL INSURANCE COMPANY, )<br><br>Defendant. ) | Civil Action No. 02-4360 |

## NOTICE OF APPEARANCE

Please enter the appearance of Alessandro Martuscelli of Choate, Hall & Stewart

LLP as additional counsel of record for the Defendant, Liberty Mutual Insurance

Company ("Liberty Mutual"), in the above-referenced action.  Choate, Hall & Stewart

LLP and Akin Gump Strauss Hauer & Feld LLP also remain as counsel of record for

Liberty Mutual.

Respectfully submitted,

LIBERTY MUTUAL INSURANCE
COMPANY

By its attorneys,

Dated:  February 26, 2007

/s Jason Synderman
Edward F. Mannino
Jason A. Snyderman
AKIN, GUMP, STRAUSS, HAUER &
  FELD LLP
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA  19103
(215) 965-1200

-and-

A. Hugh Scott
John A. Nadas
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000

4173950v1