UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 02-4360 |

### NOTICE OF WITHDRAWAL

Kindly withdraw the appearances, and terminate the admissions *pro hac vice*, of Paul E. Bonanno and Gregg D. Shapiro, formerly of Choate, Hall & Stewart LLP, as counsel for the Defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), in the above-referenced action. Liberty Mutual will continue to be represented in this action by counsel from Choate, Hall & Stewart LLP and Akin Gump Strauss Hauer & Feld LLP.

                                                Respectfully submitted,

                                                LIBERTY MUTUAL INSURANCE COMPANY

                                                By its attorneys,

Dated: February 26, 2007          /s Jason Synderman
                                                Edward F. Mannino
                                                Jason A. Snyderman
                                                AKIN, GUMP, STRAUSS, HAUER &
                                                   FELD LLP
                                                One Commerce Square
                                                2005 Market Street, Suite 2200
                                                Philadelphia, PA  19103
                                                (215) 965-1200

                                                     -and-

A. Hugh Scott
John A. Nadas
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000

4173962v1