UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 02-4360 |

## NOTICE OF CHANGE OF ADDRESS

Please take notice the address of Choate, Hall & Stewart LLP, counsel for Defendant, Liberty Mutual Insurance Company, has changed from 53 State Street, Boston, MA 02109, to Two International Place, Boston, MA 02110. The telephone and fax numbers of counsel will remain the same.

                                                    Respectfully submitted,

                                                    LIBERTY MUTUAL INSURANCE COMPANY

                                                    By its attorneys,

Dated: February 26, 2007                 /s Jason Synderman
                                                    Edward F. Mannino
                                                    Jason A. Snyderman
                                                    AKIN, GUMP, STRAUSS, HAUER &
                                                        FELD LLP
                                                    One Commerce Square
                                                    2005 Market Street, Suite 2200
                                                    Philadelphia, PA  19103
                                                    (215) 965-1200

                                                    -and-

A. Hugh Scott
John A. Nadas
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
(617) 248-5000

4173994v1