UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>LIBERTY MUTUAL INSURANCE COMPANY, )<br><br>Defendant. ) | Civil Action No. 02-4360 |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the following were served by First Class Mail, postage prepaid, on the parties on the attached service list:

1.    Notice of Appearance of Alessandro Martuscelli;

2.    Notice of Appearance of Michael R. Fox;

3.    Notice of Change of Address of Choate, Hall & Steward LLP; and

4.    Notice of Withdrawal of Paul E. Bonanno and Gregg D. Shapiro.

Dated: February 26, 2007          /s Jason Snyderman
                                  Jason Snyderman

## SERVICE LIST

Howard Klein, Esquire
Frank R. Emmerich, Jr., Esquire
Conrad O'Brien Gellman & Rohn PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Gerald V. Weigle, Jr., Esquire
Dinsmore & Shohl
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202

John E. Heintz, Esquire
Gilbert Heintz & Randolph LLP
1100 New York Avenue, NW
Suite 700
Washington, D.C. 20005

S. William Livingston, Jr., Esquire
William P. Skinner, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401

Steven A. Madva, Esquire
Montgomery McCracken, Walker
& Rhoads LLP
123 South Broad Street
Philadelphia, PA 19109