UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIBERTY MUTUAL INSURANCE COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 02-4360 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2007, it is hereby

ORDERED that the application of Kathleen Burdette Shields, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b), is

☐  GRANTED.

☐  DENIED.

_____
R. Barclay Surrick, U.S. District Judge

4174101v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 02-4360

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Kathleen Burdette Shields the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Massachusetts | 1997 | 637438 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S. Court of Appeals / D.C. Circuit | 2000 | |
| U.S. Court of Appeals / First Circuit | 2003 | |
| U.S. Court / District of Massachusetts | 1998 | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   LIBERTY MUTUAL INSURANCE COMPANY

*Kathleen Burdette Shields*
(Applicant's Signature)

2/23/07
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

CHOATE, HALL & STEWART LLP, Two International Place, Boston, MA 02110

(617) 248-5000

Suffolk, ss.
Sworn and subscribed before me this

23rd Day of February, 2007

*Sarah L. Wilson*
Notary Public

MY COMMISSION EXPIRES
JANUARY 23, 2009

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Kathleen Burdette Shields_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| MICHAEL R. FOX | *[signature]* | January 2005 | 93507 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

AKIN GUMP STRAUSS HAUER & FELD LLP, One Commerce Square, Sutie 2100, 2005 Market Street,

Philadelphia, PA  19103-7013

(215) 965-1286

Sworn and subscribed before me this

26th Day of Feb., 2007

*[signature: Helene Gabel]*
Notary Public

Commonwealth of Pennsylvania
NOTARIAL SEAL
HELENE GABEL, Notary Public
City of Philadelphia, County of Philadelphia
My Commission Expires April 2, 2010

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 02-4360 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Kathleen Burdette Shields, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this Court was mailed today with postage prepaid to:

Howard Klein, Esq.
Frank R. Emmerich, Jr.
Conrad O'Brien Gellman & Rohn PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Gerald V. Weigle, Jr., Esq.
Dinsmore & Shohl
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202

John E. Heintz, Esq.
Gilbert Heintz & Randolph LLP
1100 New York Avenue, NW
Suite 700
Washington, D.C. 20005

S. William Livingston, Jr., Esq.
William P. Skinner, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401

Steven A. Madva, Esq.
Montgomery McCracken, Walker &
   Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

_____
Kathleen Burdette Shields

_____
Michael R. Fox

Dated: February 26, 2007
4174861v1