RBS

(40)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIBERTY MUTUAL INSURANCE COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 02-4360 |

**FILED**

FEB 2 7 2007

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## [PROPOSED] ORDER

AND NOW, this 27th day of February, 2007, it is hereby ORDERED that the application of Kathleen Burdette Shields, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b), is

[✓] GRANTED.

[ ] DENIED.

_____
R. Barclay Surrick, U.S. District Judge

4174101v1

*[signatures]*
Robert Howard Klein
Frank Emmerich
Kathleen Shields
H. Hugh Scott
Greg Shapiro
John Nodas
Gerald Weigle

John Heintz
S. Wm. Livingston
Wm. Shenun
Edw. Mannino
Jason Snyderman
Steven Madva

2/27/07