UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARMSTRONG WORLD INDUSTRIES, INC.,

          Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

          Defendant.

Civil Action No. 02-4360

## ORDER REGARDING EXTENSION OF TIME

AND NOW, this _____ day of _____, 2007, upon consideration of the Uncontested Motion for Extension of Time, it is hereby ORDERED that the time within which to reply to Liberty Mutual's Counterclaims is extended to and including March 16, 2007.

          SO ORDERED,

_____
R. Barclay Surrick
United States District Court Judge