

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 02-4360 |

**FILED**
MAR 0 - 2007
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER REGARDING EXTENSION OF TIME

AND NOW, this 2nd day of March, 2007, upon consideration of the Uncontested Motion for Extension of Time, it is hereby ORDERED that the time within which to reply to Liberty Mutual's Counterclaims is extended to and including March 16, 2007.

SO ORDERED,

_____
R. Barclay Surrick
United States District Court Judge

3/2/07