**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC. ASBESTOS PERSONAL INJURY SETTLEMENT TRUST, | |
| Plaintiff, | Civil Action No. 02-4360 |
| v. | |
| LIBERTY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of **Stephen A. Madva**, Esquire of Montgomery,

McCracken, Walker & Rhoads, LLP as counsel on behalf of Plaintiff Armstrong World

Industries, Inc. Asbestos Personal Injury Settlement Trust.


Dated:  May 2, 2007                      /s/ Stephen A. Madva
                                        Stephen A. Madva (Pa. I.D. No. 17596)
                                        Montgomery, McCracken,
                                         Walker & Rhoads, LLP
                                        123 South Broad Street
                                        Philadelphia, PA 19109
                                        (215) 772-1500


2150086v1

**CERTIFICATE OF SERVICE**

I, Carmon M. Harvey, hereby certify that on this 2nd day of May, 2007, I caused a true and correct copy of the foregoing Entry of Appearance to be served by first-class United States mail on the following:

Edward F. Mannino, Esquire
Jason A. Snyderman, Esquire
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA  19103-7086

A. Hugh Scott, Esquire
Kathleen Burdette Shields, Esquire
Choate, Hall & Stewart
53 State Street
Boston, MA  02109

*Attorneys for Defendant*

This document has been filed electronically and is available for viewing and downloading from the ECF system.

/s/ Carmon M. Harvey
Carmon M. Harvey

2150086v1