IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC. ASBESTOS PERSONAL INJURY SETTLEMENT TRUST,<br><br>           Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>           Defendant. | Civil Action No. 02-4360 |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

    Kindly enter the appearance of **Carmon M. Harvey**, Esquire of Montgomery, McCracken, Walker & Rhoads, LLP as counsel on behalf of Plaintiff Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust.


Dated: May 2, 2007                               /s/ Carmon M. Harvey
                                                          Carmon M. Harvey (Pa. I.D. No. 91444)
                                                          Montgomery, McCracken,
                                                             Walker & Rhoads, LLP
                                                          123 South Broad Street
                                                          Philadelphia, PA 19109
                                                          (215) 772-1500

2150063v1

**CERTIFICATE OF SERVICE**

I, Carmon M. Harvey, hereby certify that on this 2nd day of May, 2007, I caused a true and correct copy of the foregoing Entry of Appearance to be served by first-class United States mail on the following:

> Edward F. Mannino, Esquire
> Jason A. Snyderman, Esquire
> Akin, Gump, Strauss, Hauer & Feld, L.L.P.
> One Commerce Square, Suite 2200
> 2005 Market Street
> Philadelphia, PA  19103-7086
>
> A. Hugh Scott, Esquire
> Kathleen Burdette Shields, Esquire
> Choate, Hall & Stewart
> 53 State Street
> Boston, MA  02109
>
> *Attorneys for Defendant*

This document has been filed electronically and is available for viewing and downloading from the ECF system.

/s/ Carmon M. Harvey
Carmon M. Harvey

2150063v1