IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC. ASBESTOS PERSONAL INJURY SETTLEMENT TRUST,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | Civil Action No. 02-4360 |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of **Mary F. Platt**, Esquire of Montgomery, McCracken, Walker & Rhoads, LLP as counsel on behalf of Plaintiff Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust.


Dated: May 2, 2007　　　　　　　　　/s/ Mary F. Platt
　　　　　　　　　　　　　　　　　　Mary F. Platt (Pa. I.D. No. 31385)
　　　　　　　　　　　　　　　　　　Montgomery, McCracken,
　　　　　　　　　　　　　　　　　　 Walker & Rhoads, LLP
　　　　　　　　　　　　　　　　　　123 South Broad Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19109
　　　　　　　　　　　　　　　　　　(215) 772-1500

2178687v1

**CERTIFICATE OF SERVICE**

      I, Carmon M. Harvey, hereby certify that on this 2nd day of May, 2007, I caused a true and correct copy of the foregoing Entry of Appearance to be served by first-class United States mail on the following:

      Edward F. Mannino, Esquire
      Jason A. Snyderman, Esquire
      Akin, Gump, Strauss, Hauer & Feld, L.L.P.
      One Commerce Square, Suite 2200
      2005 Market Street
      Philadelphia, PA  19103-7086

      A. Hugh Scott, Esquire
      Kathleen Burdette Shields, Esquire
      Choate, Hall & Stewart
      53 State Street
      Boston, MA  02109

      *Attorneys for Defendant*

    This document has been filed electronically and is available for viewing and downloading from the ECF system.

      /s/ Carmon M. Harvey
      Carmon M. Harvey

2178687v1