IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC. ASBESTOS PERSONAL INJURY SETTLEMENT TRUST,<br><br>                Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>                Defendant. | Civil Action No. 02-4360 |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of **Catherine Merino Reisman**, Esquire of Montgomery, McCracken, Walker & Rhoads, LLP as counsel on behalf of Plaintiff Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust.

Dated:  May 2, 2007        /s/ Catherine Merino Reisman
                                                 Catherine Merino Reisman (Pa. I.D. No. 57473)
                                                 Montgomery, McCracken,
                                                   Walker & Rhoads, LLP
                                                 123 South Broad Street
                                                 Philadelphia, PA 19109
                                                 (215) 772-1500

2150090v1

## CERTIFICATE OF SERVICE

I, Carmon M. Harvey, hereby certify that on this 2nd day of May, 2007, I caused a true and correct copy of the foregoing Entry of Appearance to be served by first-class United States mail on the following:

>Edward F. Mannino, Esquire
>Jason A. Snyderman, Esquire
>Akin, Gump, Strauss, Hauer & Feld, L.L.P.
>One Commerce Square, Suite 2200
>2005 Market Street
>Philadelphia, PA  19103-7086
>
>A. Hugh Scott, Esquire
>Kathleen Burdette Shields, Esquire
>Choate, Hall & Stewart
>53 State Street
>Boston, MA  02109
>
>*Attorneys for Defendant*

This document has been filed electronically and is available for viewing and downloading from the ECF system.

/s/ Carmon M. Harvey
Carmon M. Harvey

2150090v1