IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARMSTRONG WORLD INDUSTRIES, INC.
ASBESTOS PERSONAL INJURY
SETTLEMENT TRUST,

      Plaintiff,    Civil Action No. 02-4360

v.

LIBERTY MUTUAL INSURANCE
COMPANY,

      Defendant.

**O R D E R**

  AND NOW, this _____ day of _____, 2007, it is hereby

ORDERED that the application of Richard Shore, Esquire to practice in this Court

pursuant to Local Rule of Civil Procedure 83.5.2(b) is

  ☐ **GRANTED.**

  ☐ **DENIED.**

                   _____
                   R. Barclay Surrick
                   United States District Judge

2176190v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No. 02-4360

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b).*

I. APPLICANT'S STATEMENT

I, __Richard Shore__, the undersigned, am an attorney who is not currently admitted to either the bar of this Court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check under separate cover for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state Jurisdictions:*

| State Where Admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| District of Columbia | 10/20/89 | 420736 |
| New York | 10/3/88 | N/A |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Court Where Admitted | Admission Date | Attorney Identification Number |
|---|---|---|

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this Court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*      Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust

_____
(Applicant's Signature)

5/10/07
(Date)

2176190v1

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Gilbert Randolph LLP, 1100 New York Avenue, NW, Suite 700, Washington, D.C. 20005; (202) 772-2200

Sworn and subscribed before me this
 10  day of  May , 2007
 Virginia Cornell 
Notary Public

VIRGINIA CORNELL
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

2176190v1

II.     SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Carmon M. Harvey | /s/ Carmon M. Harvey |
|---|---|
| Sponsor's Name | Sponsor's Signature |
| 2004 | 91444 |
| Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Montgomery, McCracken, Walker & Rhoads, LLP, 123 South Broad Street, Avenue of the Arts,

Philadelphia, PA 19109; (215) 772-1500

2176190v1

## **CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a copy of the application of Richard Shore, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this Court was mailed today with postage prepaid to:

>Edward F. Mannino, Esquire
>Jason A. Snyderman, Esquire
>Akin, Gump, Strauss, Hauer & Feld, L.L.P.
>One Commerce Square, Suite 2200
>2005 Market Street
>Philadelphia, PA  19103-7086
>
>A. Hugh Scott, Esquire
>Kathleen Burdette Shields, Esquire
>Choate, Hall & Stewart
>Two International Place
>Boston, MA  02110
>
>*Attorneys for Defendant*

This document has been filed electronically and is available for viewing and downloading from the ECF system.


Date:  May 30, 2007                           /s/ Carmon M. Harvey
                                              Carmon M. Harvey

2176190v1