

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARMSTRONG WORLD INDUSTRIES, INC.
ASBESTOS PERSONAL INJURY
SETTLEMENT TRUST,

        Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY,

        Defendant.

Civil Action No. 02-4360

**FILED**

JUN 0 4 2007

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this ___1st___ day of ___June___, 2007, it is hereby ORDERED that the application of Richard Shore, Esquire to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
R. Barclay Surrick
United States District Judge

*[handwritten notation]* Filed to attached list. 6/1/07

2176190v1