


RBS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARMSTRONG WORLD INDUSTRIES, INC.
ASBESTOS PERSONAL INJURY
SETTLEMENT TRUST,

    Plaintiff,    Civil Action No. 02-4360

v.

LIBERTY MUTUAL INSURANCE
COMPANY,

    Defendant.

**FILED**
JUN 0 4 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this _1st_ day of _June_, 2007, it is hereby ORDERED that the application of Mark A. Packman, Esquire to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ **GRANTED.**

☐ **DENIED.**

_____
R. Barclay Surrick
United States District Judge

Faxed to attached list. 6/1/07

2188318v1