IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC. ASBESTOS PERSONAL INJURY SETTLEMENT TRUST | : : : : : | |
| Plaintiff, | : : | |
| vs. | : : : | NO. 02-CV-4360 |
| LIBERTY MUTUAL INSURANCE COMPANY, | : : : : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**TO THE CLERK OF THE COURT:**

Please take notice that John C. Sullivan of Post & Schell, P.C. is hereby substituted for Edward F. Mannino, Jason A. Snyderman and Michael R. Fox of Akin Gump Strauss Hauer and Feld as counsel of record for Defendant, Liberty Mutual Insurance Company, in the above-captioned matter.

Liberty Mutual Insurance Company will continue to be represented in this mater by A. Hugh Scott, Kathleen Burdette Shields and Alessandro Martuscelli of Choate, Hall & Stewart LLP.

Please serve all future notices, pleadings, testimony, correspondence, and other papers directed to Liberty Mutual Insurance Company upon Mr. Sullivan, Mr. Scott and Ms. Shields.

Respectfully submitted,

**AKIN GUMP STRAUSS HAUER AND FELD**

BY:/s Jason Snyderman_____
    JASON A. SNYDERMAN
    One Commerce Square
    2005 Market Street, Suite 2200
    Philadelphia, PA  19103
    (215) 965-1200

    *Attorneys for Defendant,*
    *Liberty Mutual Insurance Company*

**POST & SCHELL, P.C.**

BY:/s John C. Sullivan___
    JOHN C. SULLIVAN
    Attorney ID # 32262
    Signature Validation Code: JCS7648
    Four Penn Center
    1600 John F. Kennedy Boulevard
    Philadelphia, PA  19103-2808
    (215) 587-1000

    *Attorneys for Defendant,*
    *Liberty Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of a Notice of Substitution of Counsel was served via first class mail on the 7th day of June, 2007 upon the following individuals:

A. Hugh Scott, Esquire
Kathleen Burdette Shields, Esquire
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110

Jerome C. Randolph, Esquire
Richard Shore, Esquire
Mark A. Packman, Esquire
Alyson A. Foster, Esquire
GILBERT RANDOLPH LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005

Stephen A. Madva, Esquire
Steven E. Pachman, Esquire
Carmon E. Harvey, Esquire
Mary F. Platt, Esquire
Catherine Merino Reisman, Esquire
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109

POST & SCHELL, P.C.

BY:     /s/ John C. Sullivan
           JOHN C. SULLIVAN, ESQUIRE.
           *Attorney for Defendant,*
           *Liberty Mutual Insurance Company*