IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC. ASBESTOS PERSONAL INJURY SETTLEMENT TRUST<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  NO. 02-CV-4360<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my Appearance on behalf of defendant, Liberty Mutual Insurance Company, in the above-captioned matter. Liberty Mutual will continue to be represented in this mater by A. Hugh Scott, Esquire and Kathleen Burdette Shields, Esquire of Choate, Hall & Stewart LLP.

Dated: June 8, 2007                               POST & SCHELL, P.C.


By:   /s/ Stacey Z. Jumper
      STACEY Z. JUMPER, ESQUIRE
      Attorney ID # 88537
      Signature Validation Code: SZJ5395
      Four Penn Center
      1600 John F. Kennedy Boulevard
      Philadelphia, PA  19103-2808
      (215) 587-1000

      *Attorneys for Defendant,*
      *Liberty Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of an Entry of Appearance was served via first class mail on the 8th day of June, 2007 upon the following individuals:

A. Hugh Scott, Esquire
Kathleen Burdette Shields, Esquire
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

Jerome C. Randolph, Esquire
Richard Shore, Esquire
Mark A. Packman, Esquire
Alyson A. Foster, Esquire
GILBERT RANDOLPH LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005

Stephen A. Madva, Esquire
Steven E. Pachman, Esquire
Carmon E. Harvey, Esquire
Mary F. Platt, Esquire
Catherine Merino Reisman, Esquire
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109

POST & SCHELL, P.C.

BY:    /s/ Stacey Z. Jumper
STACEY Z. JUMPER, ESQUIRE.
*Attorney for Defendant,*
*Liberty Mutual Insurance Company*