UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC. ASBESTOS PERSONAL INJURY SETTLEMENT TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 02-CV-4360<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the Uncontested Emergency Motion for a Rule 16(b) Scheduling Conference, it is hereby:

ORDERED and DECREED that a Rule 16(b) scheduling conference is scheduled in this matter for the _____ day of _____, 2007 at ___:____ __.m.

BY THE COURT:

_____
Surrick, J.