APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | NO.  2:02-cv-4360-RBS |

ORDER

AND NOW, this _____ Day of _____, 200__, it is hereby

ORDERED that the application of __Kathleen Cloherty Henry, Esquire__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐  GRANTED.

☐  DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:02-cv-4360-RBS

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Kathleen Cloherty Henry, Esquire__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Massachusetts | 01/17/2001 | 647223 |
| | | |
| | | |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| District of Massachusetts | 03/23/2001 | 647223 |
| U.S. Court of Appeals, 1st Circuit | 01/25/2007 | 647223 |
| | | |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*   Liberty Mutual Insurance Company

_(Applicant's Signature)_

10/1/2007
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Choate, Hall & Stewart, LLP, Two International Place, Boston, Massachusetts 02110

(617) 248-4702

Sworn and subscribed before me this
1st Day of October, 2007

_Ann Marie Doucette_
Notary Public

ANN MARIE DOUCETTE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 6, 2010

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Kathleen Cloherty Henry, Esquire___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| John C. Sullivan, Esquire | *[signature]* | 11/04/1981 | 32262 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Post & Schell, P.C., Four Penn Center, 1600 John F. Kennedy Boulevard, Philadelphia, PA 19103

(215) 587-1000

Sworn and subscribed before me this

___12th___ Day of ___October___ 2007

*[signature]*
Notary Public

```
NOTARIAL SEAL
CONSTANCE A PERRAULT
Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA COUNTY
My Commission Expires Mar 2, 2009
```

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Kathleen Cloherty Henry, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

| | |
|---|---|
| Gerald V. Weigle, Jr., Esquire<br>Dinsmore & Shohl<br>255 E. Fifth Street, Suite 1900<br>Cincinnati, OH 45202 | Steven Madva, Esquire<br>Montgomery McCracken Walker & Rhoads, LLP<br>123 South Broad Street<br>Philadelphia, PA 19109 |
| John E. Heintz, Esquire<br>Gilbert Heintz & Randolph, LLP<br>1100 New York Avenue, NW<br>Suite 700<br>Washington, D.C. 20005 | |

Stacey Zavalas Juniper

DATED: October 2, 2007