IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC. : <br> ASBESTOS PERSONAL INJURY : <br> SETTLEMENT TRUST : <br>   : <br> vs. : <br>   : <br> LIBERTY MUTUAL INSURANCE : <br> COMPANY : | CIVIL ACTION <br> NO. 02-CV-4360 |

### ORDER

AND NOW, this <u>   4th   </u> day of <u>   October   </u> 2007, upon consideration of the Uncontested Emergency Motion For A Rule 16(b) Scheduling Conference (Doc. No. 62), it is ORDERED as follows:

1. An Initial Pretrial Conference will be held on <u>October 22, 2007</u> at <u>3:30 p.m.</u> in Chambers (Room 8614). All trial counsel and unrepresented parties shall attend. Counsel participating in the conference must be authorized and empowered to discuss and make binding decisions with regard to all aspects of this case.

2. On or before Friday, October 12, 2007, the parties shall file with the Court a written Joint Case Report which shall include the following information:

    a. A brief statement describing the facts of the case and the basis for the Court's jurisdiction over the parties and the action;

    b. A brief statement of all causes of action, the essential elements of each cause of action, and the relief sought;

    c.    A brief statement of the defenses asserted and the essential elements of each affirmative defense;

    d.    Whether the parties have complied with the disclosure requirements of Fed.R.Civ.P.26(a)(1) and, if not the date on which such disclosures will be completed;

    e.    Whether all necessary parties have been properly joined, and if not, the name of any such party and each party's respective position of why such party is or is not necessary to the action;

    f.    Whether settlement negotiations have taken place and each party's respective position on settlement;

    g.    A list of all counsel who will be attending the Scheduling Conference identifying the party whom each attorney represents.

    h.    The parties competing proposals for discovery schedules, as well as a brief statement of all procedural and legal disputes that the parties have not been able to resolve through pretrial negotiation.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge