RBS

APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC.: ASBESTOS PERSONAL INJURY SETTLEMENT v. TRUST | CIVIL ACTION |
| LIBERTY MUTUAL INSURANCE CO. | NO. 2:02-cv-4360-RBS |

FILED
OCT 0 4 2007
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW, this 4th Day of October, 2007, it is hereby

ORDERED that the application of Kathleen Cloherty Henry, Esquire, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.

Faxed to attached Counsel.
10/4/07