IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARMSTRONG WORLD INDUSTRIES, INC. ASBESTOS PERSONAL INJURY SETTLEMENT TRUST | : : : : | |
| vs. | : : | CIVIL ACTION NO. 02-CV-4360 |
| LIBERTY MUTUAL INSURANCE COMPANY | : : | |

O R D E R

AND NOW, this   4th   day of   October  , 2007, it is ORDERED that the Clerk of Court remove the referenced action from civil suspense.

BY THE COURT:

_/s/_

_____
R. BARCLAY SURRICK
U.S. District Court Judge